**Order entered November 29, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00455-CV

**DANAE RUTH MCGANN, Appellant**

**V.**

**HANNAH LILLY, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04515-2017**

### ORDER

Before the Court is appellee's second unopposed motion for extension of time to file her brief. Appellee explains the extension is needed, in part, because a supplemental reporter's record she requested on October 26, 2022 was not filed until November 28, 2022.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 28, 2022. *See* TEX. R. APP. P. 4.1(a).

/s/    BILL PEDERSEN, III
JUSTICE